**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

GAUGHEN LLC,                          :  No. 81 MAL 2016
                                      :
      Respondent                  :
                                      :  Petition for Allowance of Appeal from
                                      :  the Order of the Commonwealth Court
      v.                          :
                                      :
                                      :
BOROUGH COUNCIL OF THE                :
BOROUGH OF MECHANICSBURG,             :
                                      :
      Petitioner                  :

GAUGHEN LLC,                          :  No. 82 MAL 2016
                                      :
      Respondent                  :
                                      :  Petition for Allowance of Appeal from
                                      :  the Order of the Commonwealth Court
      v.                          :
                                      :
                                      :
BOROUGH COUNCIL OF THE                :
BOROUGH OF MECHANCISBURG,             :
                                      :
      Petitioner                  :

<u>**ORDER**</u>

**PER CURIAM**

    **AND NOW**, this 10th day of May, 2016, the Petition for Allowance of Appeal is **DENIED**, and Respondent's Request for Cost, Fees, and Delay Damages is **STRICKEN**.